# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | CASE NO. 1:10-cv-00285-SMS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AS UNNECESSARY |
| v. | |
| GONZALES, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff Seavon Pierce ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2010, plaintiff filed a motion seeking leave to file an amended complaint.

Plaintiff may amend once as a matter of right before service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Because plaintiff has not previously amended his complaint and defendants have not filed a responsive pleading, plaintiff may file an amended complaint without permission from the Court.

Accordingly, plaintiff's motion is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:   May 4, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1