# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | CASE NO. 1:10-cv-00285-SMS (PC) |
| Plaintiff, | ORDER GRANTING LEAVE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT TO BE FILED AND DIRECTING CLERK TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | |
| GONZALES, et al., | |
| Defendants. | (Doc. 16) |

Plaintiff Seavon Pierce ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 20, 2010, Plaintiff submitted a second amended complaint which was lodged with the Court.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" *Amerisource Bergen Corp. v. Dialysis West, Inc.*, 445 F.3d 1132, 1136 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in the litigation; or (4) is futile." *Id.* A cursory glance at Plaintiff's proposed second amended complaint does not reveal significant differences between it and the First Amended Complaint. Further, since the First Amended Complaint has neither been screened nor served, allowing Plaintiff's proposed second amended complaint to be filed would not raise cause for concern under any of the *Amerisource* elements.

Accordingly, leave is HEREBY GRANTED for Plaintiff's Second Amended Complaint to

1  be filed and the Clerk's Office is directed to file Plaintiff's Second Amended Complaint.

5  IT IS SO ORDERED.

6  **Dated:   May 26, 2010**                             /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE