IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAVON PIERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**FERNANDO GONZALEZ, et al.,**<br><br>Defendants. | Case No. 1:10-cv-00285 JLT (PC)<br><br>**ORDER DENYING MOTION FOR STAY**<br>(Doc. 29)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br>(Doc. 30)<br><br>**ORDER DENYING MOTION OF RECONSIDERATION**<br>(Doc. 31) |

On December 3, 2012, the Court dismissed this case based upon Plaintiff's failure to state a claim. (Doc. 27). This occurred only after Plaintiff's four unsuccessful attempts to state facts to support a claim. (Docs. 1, 14, 19, 25). Now before the Court are motions filed by Plaintiff. (Docs. 29-31).

In his first motion, Plaintiff seeks a stay of the action. (Doc. 29) As grounds for the stay, Plaintiff objections to the Court's order dismissing the matter. In the second motion, Plaintiff seeks 30 days to file objections to the order dismissing the case. (Doc. 30) Construing these motions as a request to expand the appeal period, these motions are **DENIED** because there is no showing to justify such an action.

In the final motion, the Plaintiff seeks reconsideration of the order dismissing the case. (Doc. 31) Despite the incredible difficulty of reviewing a single-spaced, all capitals, 12-page

1

1  motion, it appears that Plaintiff's current complaint is that the Court has misunderstood Plaintiff's
2  claims and, even if it didn't, that he should be given another opportunity to state a claim. Id.
3  However, the Court has already instructed Plaintiff on what was necessary to state a claim and he
4  failed to take this instruction to hear.  Instead, he provided a Fourth Amended Complaint that was
5  a rambling, stream-of-consciousness, ambiguous dissertation which failed to provide a plain and
6  brief statement of the situation.  Plaintiff cannot expect to plead his complaint so haphazardly—
7  despite instruction that this was insufficient—and then complain that the Court didn't understand
8  his allegations.  Thus, the motion for reconsideration is **DENIED**.

## ORDER

Based upon the foregoing, the Court **ORDERS**:

1. The motion for stay (Doc. 29) is **DENIED**;
2. The motion for an extension of time to file objections to the order dismissing the case is **DENIED**;
3. The motion for reconsideration is **DENIED**;
4. **No further filings will be accepted in this case**.

IT IS SO ORDERED.

Dated:   **December 21, 2012**             /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE