IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAVON PIERCE,** | Case No. 1:10-cv-00285 JLT (PC) |
| Plaintiff, | **ORDER DISREGARDING MOTION FOR RECONSIDERATION** |
| v. | |
| **FERNANDO GONZALEZ, et al.,** | **(Doc. 42)** |
| Defendants. | |

The Court ordered this matter dismissed on December 3, 2012. (Doc. 27) After this, Plaintiff filed a motion for reconsideration which was denied on December 21, 2012. (Doc. 21) Plaintiff appealed but the appeal was dismissed when Plaintiff failed to pay the filing fee after his in forma pauperis status was revoked. (Docs.33, 38, 40)

Now before the Court is Plaintiff's renewed motion for reconsideration. (Doc. 42) However, because this matter is closed and has been for six months, the Court will **DISREGARD** the current filing. **NO FURTHER FILINGS WILL BE ACCEPTED IN THIS CASE**.

IT IS SO ORDERED.

Dated:   **July 5, 2013**               /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

1