# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALEZ, et al.,<br><br>        Defendants. | **Case No. 1:10-cv-00285-JLT (PC)**<br><br>**ORDER STRIKING MOTION FOR JUDICIAL NOTICE**<br><br>**(Doc. 44)** |

The Court ordered this matter dismissed on December 3, 2012. (Doc. 27.) Subsequently, Plaintiff filed a motion for reconsideration which was denied on December 21, 2012. (Doc. 21.) Plaintiff appealed, but the appeal was dismissed when Plaintiff failed to pay the filing fee after his in forma pauperis status was revoked. (Docs.33, 38, 40.) On July 3, 2013, Plaintiff filed a renewed motion for reconsideration. (Doc. 42.) However, because this matter was closed and had been for six months, the Court disregarded it and ordered that no further filings would be accepted in this case. (Doc. 43.)

///
///
///
///
///

1

On January 20, 2015, Plaintiff filed a request for judicial notice that is currently before the Court. (Doc. 44.) However, this matter has been closed for over two years. Thus, Plaintiff's request for judicial notice is hereby ordered **STRICKEN** from the record. **NO FURTHER FILINGS WILL BE ACCEPTED IN THIS CASE**.

IT IS SO ORDERED.

Dated:   **January 23, 2015**                    /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE